IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**GRADY RAY TRUAX, JR.**                                                         **PETITIONER**

V.                    **CASE NO. 1:18-CV-45-JM-BD**

**WENDY KELLEY, Director,**
**Arkansas Department of Correction**                                **RESPONDENT**

## ORDER

The Court has carefully reviewed the Recommended Disposition filed by Magistrate Judge Beth Deere. The parties have not filed any objections to the Recommendation. After careful consideration, this Court adopts the Recommendation as its own. Petitioner Grady Ray Truax, Jr.'s petition for writ of habeas corpus (docket entry #1) is DENIED and DISMISSED WITHOUT PREJUDICE.

IT IS SO ORDERED this 9th day of October 2018.

_____
UNITED STATES DISTRICT JUDGE