IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**GRADY RAY TRUAX, JR.**                                                                  **PETITIONER**

V.                      **CASE NO. 1:18-CV-45-JM-BD**

**WENDY KELLEY, Director,**
**Arkansas Department of Correction**                                **RESPONDENT**

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED WITHOUT PREJUDICE.

IT IS SO ORDERED, this 9th day of October 2018.

_____
UNITED STATES DISTRICT JUDGE